BONNIE CARPENTER *v.* LAW OFFICES OF
DRESSLER AND ASSOCIATES, LLC, ET AL.

The petition by the defendants, John I. Haymond,
Robert E. Healey, Haymond and Lundy, and Haymond,
Napoli, Diamond, P.C., for certification for appeal from
the Appellate Court, 85 Conn. App. 655 (AC 24098),
is denied.

BORDEN, J., did not participate in the consideration
or decision of this petition.

*Craig A. Fontaine* and *Aileen Reilly Wilson,* in sup-
port of the petition.

*Nancy L. Walker, William H. Clendenen, Jr.,* and
*Kevin C. Shea,* in opposition.

Decided December 15, 2004

NATHANIEL FAUST *v.* COMMISSIONER OF
CORRECTION

The petitioner Nathaniel Faust's petition for certifica-
tion for appeal from the Appellate Court, 85 Conn. App.
719 (AC 24290), is denied.

*Todd A. Bussert,* special public defender, in support
of the petition.

*James M. Ralls,* assistant state's attorney, in oppo-
sition.

Decided December 15, 2004